IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00030-WYD-MEH

JOHN B. VIROSTEK, and
ROBIN WOOD-VIROSTEK,

      Plaintiffs,

v.

INDY-MAC MORTGAGE SERVICES,
ONEWEST BANK,
DEUTSCHE BANK NATIONAL TRUST, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS),

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2011.**

      Plaintiffs' Motion for Leave to File Amended Complaint [filed February 28, 2011; docket #4] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a), a party may amend his or her pleading once as a matter of course (without seeking permission by the court) within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." In this case, the Plaintiffs have filed a complaint to which a responsive pleading is required, but no responsive pleading has yet been filed.

      The Clerk of the Court is directed to file Plaintiffs' First Amended Complaint found at docket #4-1.