IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00030-WYD-MEH

JOHN B. VIROSTEK, and
ROBIN WOOD-VIROSTEK,

    Plaintiffs,

v.

INDY-MAC MORTGAGE SERVICES,
ONEWEST BANK,
DEUTSCHE BANK NATIONAL TRUST, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 23, 2011.**

    Plaintiffs' Motion to Produce Documents for a Verification of Debt [filed May 20, 2011; docket #23] is **denied**.  If the Plaintiffs wish to request the production of documents from the Defendants through discovery in this case, they must do so in accordance with Fed. R. Civ. P. 34. A request for production of documents is not filed with the Court (*see* Fed. R. Civ. P. 5(d)) but, rather, it is served directly on the opposing party(ies).[1]

---

[1] In addition, the Court reminds the Plaintiffs that all motions filed with the Court must be signed by the movants.  Fed. R. Civ. P. 11.