IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00030-WYD-MEH

JOHN B. VIROSTEK, and
ROBIN WOOD-VIROSTEK,

    Plaintiffs,

v.

INDY-MAC MORTGAGE SERVICES,
ONEWEST BANK,
DEUTSCHE BANK NATIONAL TRUST, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2011.**

    Plaintiffs' First Request to Produce Documents Under Rule 34 [filed June 20, 2011; docket #26], construed by the Court as a motion for discovery, is **denied as moot**. The Plaintiffs have been instructed by this Court that a request for production of documents is not to be filed with the Court (*see* Fed. R. Civ. P. 5(d)) but, rather, it is served directly on the opposing party(ies). *See* docket #25. The Plaintiffs are warned that any additional unauthorized filings will be stricken from the record in accordance with D.C. Colo. LCivR 7.1H.