IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00030-WYD-MEH

JOHN B. VIROSTEK, and
ROBIN WOOD-VIROSTEK,

      Plaintiffs,

v.

INDY-MAC MORTGAGE SERVICES,
ONEWEST BANK,
DEUTSCHE BANK NATIONAL TRUST, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS),

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2011.**

Before the Court is Defendants' Motion to Dismiss Second Amended Complaint [filed October 24, 2011; docket #32]. The motion concerns a pleading tendered by Plaintiff John Virostek on October 6, 2011 titled, "Plaintiff's Verified Second Amended Complaint" [docket #31]. Pursuant to Fed. R. Civ. P. 15(a), the Plaintiff must seek leave to file such a pleading;[1] because he has not done so, the tendered pleading is **stricken** and the Defendant's Motion to Dismiss is **denied as moot**.

---

[1]To the extent that Mr. Virostek interpreted this Court's September 6, 2011 Recommendation [docket #30] as giving him permission to file the pleading, he is incorrect; the Recommendation merely recommends that the District Court grant the Plaintiffs leave to file an amended pleading. The District Court has not yet ruled on the pending Recommendation.