IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.  11-cv-00030-WYD-MEH                         Date:   May 17, 2012
Courtroom Deputy: Cathy Coomes                                **FTR – Courtroom A501**

JOHN B. VIROSTEK and                                          *Pro Se* (by telephone)
ROBIN L. WOOD-VIROSTEK,                                       *Pro Se* (by telephone)

      Plaintiff,

vs.

INDYMAC MORTGAGE SERVICES,                                    Andrew Hall
ONEWEST BANK,
DEUTSCHE BANK NATIONAL TRUST, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEM,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     9:15 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendants IndyMac Mortgage Services, OneWest Bank, FSB, Deutsche Bank National Trust and Mortgage Electronic Registration Systems' Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc. #41 filed 2/15/12].

**ORDERED:**  The Court takes the motion under advisement.

**Court in recess:**     10:05 a.m.   (Hearing concluded)
**Total time in court:**  0:50